UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-04246-HDV-SSC                   Date: March 10, 2025

Title    AmTrust Financial Services, Inc. v. Old Republic General Insurance Corporation

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order Denying Without Prejudice Joint Application for Entry of a Stipulated Protective Order (ECF 30)**

On March 6, 2025, Plaintiff AmTrust Financial Services, Inc. and Defendant Old Republic General Insurance Corporation filed a joint application for entry of a stipulated protective order.  (ECF 30.)  The Court has reviewed the proposed stipulated protective order and has determined that, in its current form, it cannot be granted.

The proposed stipulated protective order includes the following statement: "Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted."

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:24-cv-04246-HDV-SSC                     Date: March 10, 2025

Title     AmTrust Financial Services, Inc. v. Old Republic General Insurance Corporation


(ECF 30 at 1.)  To the extent that the parties intended this to constitute the required good-cause statement, such language is insufficient.  See *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1130 (9th Cir. 2003).

In any revised stipulated protective order submitted to the Court, the parties must include a statement demonstrating good cause for entry of a protective order pertaining to the documents or information described in the order.  The documents to be protected shall be specifically described and identified.  The paragraph containing the statement of good cause should be preceded by the phrase: "GOOD CAUSE STATEMENT."  The parties shall articulate, for each document or category of documents they seek to protect, the specific prejudice or harm that will result if no protective order is entered.

In sum, the joint request for approval of the stipulated protective order (ECF 30) is DENIED without prejudice to renewing the request.  The parties may re-file a revised proposed stipulated protective order that cures the deficiencies set forth in this order.


**IT IS SO ORDERED.**

                                                                                             :
                                                            Initials of Preparer    **ts**